# EXHIBIT A

DECLARATION OF JOHN R. SCHLEITER

*ALLSTATE VEHICLE AND PROPERTY INSURANCE
COMPANY a/s/o HAROLD EASON and
a/s/o KRIS EASON, v. UPONOR, INC., and
UPONOR NORTH AMERICA, INC.*

Circuit Court of Shelby County, Tennessee
Docket No. CT-4169-24

ELECTRONICALLY FILED
2024 Dec 11 4:06 PM
CLERK OF COURT - CIRCUIT

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

ALLSTATE VEHICLE AND PROPERTY INSURANCE
COMPANY a/s/o HAROLD EASON and
a/s/o KRIS EASON,

    **Plaintiff,**                            **No. CT-4169-24
Div. IX**

**v.**

UPONOR, INC., and
UPONOR NORTH AMERICA, INC.,

    **Defendants.**

**DECLARATION OF JOHN R. SCHLEITER IN SUPPORT OF
SPECIALLY APPEARING DEFENDANT UPONOR NORTH AMERICA, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR,
ALTERNATIVELY, FOR FAILURE TO STATE A CLAIM**

I, John R. Schleiter, declare as follows:

1.     I am the General Counsel, Vice President of Legal Affairs for Specially Appearing Defendant Uponor North America, Inc. ("UNA").

2.     I offer this Declaration in Support of UNA's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction or, Alternatively, for Failure to State a Claim. I have personal knowledge of the matters stated in this Declaration based on my position with UNA, as well as on my review of records that were made in the regular course of business of UNA and were made at the time of the act, transaction, occurrence, or event referred to herein, or within a reasonable time thereafter. If called and sworn as a witness, I could and would competently testify to the matters stated in this Declaration.

3.     At all times relevant to the present, UNA was a holding company that did not have any contacts with Tennessee.

4.     UNA is incorporated in Delaware and headquartered in Minnesota.

5.    UNA does not manufacture, sell, or provide a warranty for any products.

6.    UNA does not design, install, manufacture, construct, inspect, distribute, ship, or sell cross-linked polyethylene plumbing piping and parts ("PEX"), or any other products, directly or indirectly in and/or into Tennessee.

7.    UNA has never been authorized, licensed, qualified, registered, or chartered to transact any business in Tennessee.  UNA does not transact business in Tennessee, and it has never paid taxes to the State of Tennessee.

8.    UNA does not have offices, employees, or bank accounts in Tennessee, and UNA has never employed any agents to solicit business, sell, or manufacture products in Tennessee.

9.    UNA has never had any place of business in Tennessee and has never established, or sought to establish, a physical presence in Tennessee.  UNA has no assets in Tennessee, has never owned, leased, or possessed any real estate in Tennessee, and has never maintained a post office box, mailing address, telephone listing, or bank account in Tennessee.

10.    UNA is a separate and distinct corporation from Uponor, Inc. ("Uponor"), the latter of which is a company that distributes and/or sells certain PEX products in the United States.  UNA does not own the assets or property of Uponor.  Officers and employees of Uponor are responsible for the day-to-day operations of Uponor and UNA does not make corporate decisions for Uponor.

11.    There are separate books and records maintained for UNA and Uponor.

12.    I have reviewed the Complaint filed by Plaintiff Allstate Vehicle and Property Insurance Company a/s/o Harold Eason and a/s/o Kris Eason in the above-captioned action.  UNA did not design, manufacture, construct, assemble, inspect, distribute, supply, sell, or warrant the PEX allegedly installed in the property giving rise to this lawsuit—*i.e.*, the property located at 3886 Potter Woods Cove North, Lakeland, Tennessee 38002.

2

Docusign Envelope ID: 84C45ED9-AD5A-4B56-871E-5F40A11B9D39    Case 2:25-cv-02062-MSN-tmp    Document 9-1    Filed 01/29/25    Page 4 of 5

PageID 44

In accordance with Tenn. R. Civ. P. 72, I declare under penalty of perjury under the laws

of the State of Tennessee that the foregoing is true and correct.

Executed on December 11.00 ___, 2024 at Apple Valley, Minnesota.

DocuSigned by:

28F8FB8C694A4FA...

John R. Schleiter

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on December 11, 2024 the foregoing was

served electronically pursuant to Tenn. R. Civ. P. 5.02 on the counsel below:

Joseph B. Baker, TN BPR 28046
McDonald Kuhn, PLLC
5400 Poplar Avenue, Suite 330
Memphis, TN 38119
(901) 526-0606
jbaker@mckuhn.com

*Attorneys for Plaintiff*

/s/ M. Andrew Pippenger
M. Andrew Pippenger

4