**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| ASHOK JAYASHANKAR,<br>and MRINALINI JAYASHANKAR,<br><br>    Plaintiffs,<br><br>v.<br><br>UPONOR, INC.;<br>UPONOR NORTH AMERICA, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No. 2:25-cv-02062-MSN-tmp<br>)<br>)   JURY DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Ashok Jayashankar and Mrinalini Jayashankar, file this Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Approved for Entry:

**BUTLER SNOW LLP**

    /s/ Mrinalini Jayashankar
Mrinalini Jayashankar, TN BPR 028347
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Tel: (901) 680-7332
Melanie.Jayashankar@butlersnow.com

*Attorney for Plaintiffs*

**PURYEAR PIPPENGER & COOK PLLC**

    /s/ M. Andrew Pippenger
M. Andrew Pippenger TN BPR 018183
104 Woodmont Blvd, Suite 201
Nashville, TN 37205
Tel: (423) 521-1201
apippenger@ppclaw.com

**CREMER LAW, LLC**

/s/ Tara C. O'Mahoney by permission /MAP/
Tara C. O'Mahoney
One North Franklin Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 726-3800
wcremer@cremerlaw.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, do hereby certify that on February 26, 2025 the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF filing system which automatically sends email notifications of such filing to the following attorneys of record:

Mrinalini Jayashankar, TN BPR 028347
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Tel: (901) 680-7332
Melanie.Jayashankar@butlersnow.com

*Attorneys for Plaintiff*

              /s/ M. Andrew Pippenger
              M. Andrew Pippenger