**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

ASHOK JAYASHANKAR and
MRINALINI JAYASHANKAR,

     Plaintiffs,

v.                                Case No. 2:25-cv-2062-MSN-tmp
                                         JURY DEMAND

UPONOR, INC. and
UPONOR NORTH AMERICA, INC.,

     Defendants.

**JUDGMENT**

**JUDGMENT BY COURT.**  This action came before the Court on Defendant's Notice of Removal

(ECF No. 1), filed January 21, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the

Stipulation of Dismissal with Prejudice (ECF No. 17), filed February 26, 2025, this matter is

hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

February 26, 2025
Date